UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHY CHAN,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL FERNANDES, ET AL.,<br><br>Defendants. | 26-CV-8099 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order signed November 4, 2026, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for the reasons stated in the Court's November 4, 2026 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 4, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge